P2298792

CYNTHIA WEISBERG, INDIVIDUALLY ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED
PLAINTIFF
- vs -
KEDEM LLC
DEFENDANT

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK
Docket No. 19CV5061

**Person to be Served**
ROYAL WINE CORPORATION
AGENT: EFREM SCHNOLL 63 LEFANTE WAY
BAYONNE, NJ 07002

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** CIVIL COVER SHEET, JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT, SUMMONS IN A CIVIL ACTION
**Service Data:**
Served Successfully **X**  Not Served ____   Date: 09/11/2019  Time: 12:55 PM  Attempts: ____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

SHELDON L. GINSBERG

VICE PRESIDENT

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
SEX: **MALE**   COLOR: **WHITE**   HAIR: **GREY**   APP.AGE: **60**   APP. HT: **6'0**   APP. WT: **180**
OTHER:

**Comments Or Remarks:**

Sworn to before me this
12th day of Sept, 2019

_Teayanna Johnson_

TEAYANNA C. JOHNSON-DAVIS
NOTARY PUBLIC OF NEW JERSEY
Commission # 50091658
My Commission Expires 10/11/2023

I, JOSEPH RANDAZZA, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server   Date

Client File Number:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Royal Wine Corporation

was received by me on *(date)* 09-09-2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sheldon L Ginsberg, Vice President who is designated by law to accept service of process on behalf of *(name of organization)* Royal Wine Corporation on *(date)* 09-11-2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/12/19

Server's signature

Joseph J Randazza
Printed name and title

2333 U.S. Route 22 West
Post Office Box 36
Union, New Jersey 07083

Server's address

Additional information regarding attempted service, etc:

2298792